Decided January 14, 2009

## STATE OF CONNECTICUT *v.* WILLIAM TORRES

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 575 (AC 28876), is denied.

*Laljeebhai R. Patel,* special public defender, in support of the petition.

*Raheem L. Mullins*, deputy assistant state's attorney, in opposition.

Decided January 14, 2009

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 466 (AC 29001), is denied.

Decided January 14, 2009